UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAZMINE I. ROBERTS,<br><br>                              Plaintiff,<br><br>            -against-<br><br>MT. PLEASANT LOCAL CITY COURT;<br>MARK FITZMAURICE; HONORABLE<br>JUDGE RUBEO; JOHN DOES,<br><br>                              Defendants. | 24cv4949 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 24, 2024, order, this action is dismissed. Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), (iii), with 30 days' leave to replead facts *solely* with respect to her excessive force claim against the WCDOC employees. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). SO ORDERED.

Dated:   October 25, 2024
         New York, New York

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge